[No. 54087-4-I.   Division One.   November 15, 2004.]

REVERE FINANCIAL CORPORATION, *Respondent*, v. MARK P.
GOLDSTEIN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-02091-3, James A. Doerty, J., entered
March 11, 2004. *Affirmed* by unpublished per curiam
opinion.

[No. 30879-7-II.   Division Two.   November 16, 2004.]

EDWIN MACDONALD, ET AL., *Respondents*, v. CAROLYN TOBIAS,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-2-11752-5, Beverly Grant, J., entered
September 18, 2003. *Reversed* by unpublished opinion
per Armstrong, J., concurred in by Houghton and Bridge-
water, JJ.

[No. 31013-9-II.   Division Two.   November 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN NORMAN
ROUSE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-02929-1, Rosanne Buckner, J., entered
October 17, 2003. *Affirmed* by unpublished opinion per
Van Deren, J., concurred in by Morgan, A.C.J., and Arm-
strong, J.

[No. 31015-5-II.   Division Two.   November 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY CASH,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-1-02711-3, Brian M. Tollefson, J., entered
October 23, 2003. *Affirmed* by unpublished opinion per Van
Deren, J., concurred in by Bridgewater and Armstrong, JJ.